

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bettcher Industries, Inc.,            Case No. 3:08 CV 2423

          Plaintiff,            JURY QUESTIONS
                                  AND VERDICT FORM
-vs-
                                  JUDGE JACK ZOUHARY

Bunzl Processor Distribution, LLC,

          Defendant.

1.     Do you find that Plaintiff Bettcher has shown, by the greater weight of the evidence, that Defendant Bunzl induced its customers to infringe at least one claim of the 325 Patent?

YES      NO

(CIRCLE YOUR ANSWER)

Go to Question 2.

2. Do you find that Plaintiff Bettcher has shown, by the greater weight of the evidence, that Defendant Bunzl contributed to its customers' infringement of at least one claim of the 325 Patent?

YES  NO

(CIRCLE YOUR ANSWER)

**If you answered "YES" to either Question 1 <u>or</u> 2, <u>or</u> both, then go to Question 3A or 3B, or both; if you answered "NO" to both Questions 1 and 2, go directly to Question 5.**

3. Place a mark ("X") next to each claim of the 325 Patent that you find, by the greater weight of the evidence, that Plaintiff Bettcher has shown to be infringed. Your answers to Column A and Column B may be the same, or they may be different.

| A. Inducement | | B. Contributed | |
|---|---|---|---|
| Claim 1 | ____ | Claim 1 | ____ |
| Claim 2 | ____ | Claim 2 | ____ |
| Claim 3 | ____ | Claim 3 | ____ |
| Claim 4 | ____ | Claim 4 | ____ |
| Claim 6 | ____ | Claim 6 | ____ |
| Claim 8 | ____ | Claim 8 | ____ |
| Claim 9 | ____ | Claim 9 | ____ |
| Claim 10 | ____ | Claim 10 | ____ |
| Claim 11 | ____ | Claim 11 | ____ |
| Claim 12 | ____ | Claim 12 | ____ |

**Go to Question No. 4.**

4. Do you find that Plaintiff Bettcher has shown, by clear and convincing evidence, that Defendant Bunzl has willfully infringed at least one claim of the 325 Patent?

YES    NO

(CIRCLE YOUR ANSWER)

**Go to Question No. 5.**

5. Do you find that Defendant Bunzl has shown, by clear and convincing evidence, that at least one of the asserted claims of the 325 Patent is invalid?

YES    **(NO)**

(CIRCLE YOUR ANSWER)

**If you answered "YES," then go to Question 6; if you answered "NO," then go directly to page 4 and sign your names.**

6. Place a mark ("X") next to each claim of the 325 Patent that you find, by clear and convincing evidence, that Defendant Bunzl has shown to be invalid.

| | | | |
|---|---|---|---|
| Claim 1 | _____ | Claim 8 | _____ |
| Claim 2 | _____ | Claim 9 | _____ |
| Claim 3 | _____ | Claim 10 | _____ |
| Claim 4 | _____ | Claim 11 | _____ |
| Claim 5 | _____ | Claim 12 | _____ |
| Claim 6 | _____ | Claim 13 | _____ |
| Claim 7 | _____ | | |

3

ALL JURORS MUST AGREE TO EACH OF THE ANSWERS GIVEN ABOVE, AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW.