IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BETTCHER INDUSTRIES, INC.<br><br>                 Plaintiff,<br><br>     vs.<br><br>BUNZL USA, INC., and<br><br>BUNZL PROCESSOR DISTRIBUTION, LLC<br><br>                 Defendants. | CASE NO.: 3:08CV2423<br><br>Judge Zouhary<br><br><br>DEFENDANT BUNZL PROCESSOR DISTRIBUTION, LLC'S COMBINED RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A CONDITIONAL MOTION FOR PARTIAL NEW TRIAL ON THE ISSUE OF PATENT INVALIDITY |

**COMES NOW** Defendant Bunzl Processor Distribution, LLC ("Bunzl") and pursuant to Federal Rules of Civil Procedure 50 and 59 moves this Court for its Order granting Bunzl's renewed motion for judgment as a matter of law on the issues of direct infringement and anticipation of the claims of the '325 Patent by Bettcher's pre-1998 blades pursuant to 35 U.S.C. § 102 or, in the alternative, its conditional motion for partial new trial on the issue of patent invalidity pursuant to 35 U.S.C. §§ 102 and 103.

The legal and factual arguments supporting this motion are included in the accompanying Memorandum in Support. Bunzl files contemporaneously herewith the Declaration of Jason M.

Schwent, along with its Memorandum in Support, which are adopted herein by reference as if set forth in full.

DATED this 23rd day of July 2010.

Respectfully submitted,

_____/s/ Jason M. Schwent_____

Forrest A. Norman (0059389)
GALLAGHER SHARP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
(216) 241-5310
(216) 241-1608 (fax)
fnorman@gallaghersharp.com

Nicholas J. Lamb
Alan H. Norman
John S. Kingston
Jason M. Schwent
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, Missouri 63101
anorman@thompsoncoburn.com
jschwent@thompsoncoburn.com
nlamb@thompsoncoburn.com
Telephone: (314) 552-6066

Attorneys for Bunzl USA, Inc. and Bunzl Processor Distribution, LLC

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, a copy of the foregoing Defendant Bunzl Processor Distribution, LLC's Combined Renewed Motion for Judgment as a Matter of Law or, in the Alternative, a Conditional Motion for New Trial on the Issue of Patent Invalidity was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Thomas H. Shunk
BAKER & HOSTETLER, LLP
Suite 3200
1900 E. 9th St.
Cleveland, Ohio  44114

George Pinchak
TAROLLI, SUNDHEIM, COVELL & TUMMINO LLP
Suite 1700
1300 E. 9th Street
Cleveland, OH  44114

Attorneys for Plaintiff Bettcher Industries, Inc.

_____/s/ Jason M. Schwent_____

- 3 -